# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALAN WOLF, | : | CIVIL ACTION NO. 16-5229 |
| Debtor | : | |
| EDWARD JORDAN, | : | |
| Appellant, | : | BANKRUPTCY NO. 15-10768 |
| | : | |
| v. | : | |
| | : | |
| ALAN WOLF, | : | |
| | : | |
| Appellee. | : | |

## ORDER

**AND NOW**, this 29th day of August 2017, having considered fully the briefs and the record on appeal, and for the reasons stated in the Opinion filed this day, it is hereby

**ORDERED** that the Order of the Bankruptcy Court dated September 15, 2016 is **AFFIRMED**.

The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**